UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

EDWARD O SOTO ET AL.,
                Plaintiffs,        21-cv-7160 (JGK)

    - against -               ORDER

JAMES IRA ARNOLD,
                Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The conference scheduled for November 30, 2021 is canceled. The parties should submit a Rule 26(f) report by **December 10, 2021**.

SO ORDERED.
Dated:    New York, New York
           November 24, 2021

                                    _____
                                       John G. Koeltl
                                  **United States District Judge**