UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD O SOTO ET AL.,

                Plaintiffs,        21-cv-7160 (JGK)

    - against -              ORDER

JAMES IRA ARNOLD,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    In light of the stipulations and orders of dismissals filed in this case, ECF Nos. 10, 11, the Clerk is directed to close all pending motions and to close this case.

SO ORDERED.
Dated:    New York, New York
           June 27, 2022

                                        John G. Koeltl
                                      United States District Judge